UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAROLD B. HICKS, III,

        Plaintiff,

    v.

STERLING GEESAMAN, *et al.*,

        Defendants.
        _____/

No. C-12-4083 EMC (pr)

**ORDER OF TRANSFER**

    Harold B. Hicks, III, an inmate at the Weld County Jail in Greeley, Colorado, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining of events and omissions that occurred at that jail. The jail is located within the venue of the District of Colorado. The Defendants work at that jail, and apparently reside in the District of Colorado. No Defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the District of Colorado, and not in this one. *See* 28 U.S.C. §§ 85, 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the District of Colorado. The Clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: August 22, 2012

                                                    _____
                                                    EDWARD M. CHEN
                                                    United States District Judge